JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| YASMIN LUNDQUIST,<br><br>　　　Plaintiff,<br><br>　vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et. al.<br>　　　Defendants. | Case No.: 2:21-cv-08298-JFW-JPRx<br><br>**ORDER** |

## ORDER

Pursuant to the stipulation of the Parties, Experian Information Solutions, Inc. is dismissed with prejudice and each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: July 13, 2022

_____
Hon. John F. Walter
UNITED STATES DISTRICT JUDGE